COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON
**ORDER ON MOTION**



Cause number:     01-17-00538-CR

Style:     Martin Hernandez v. The State of Texas

Date motion filed*:     December 7, 2017

Type of motion:     Second Motion for Extension of Time to File Brief; Notice of

Appearance with attached finding of indigency

Party filing motion:     Appellant's Newly-Appointed Counsel Dal Ruggles

Document to be filed:     Appellant's Brief

Is appeal accelerated?     No.

If motion to extend time:

     Original due date:     October 9, 2017

     Number of extensions granted:     1     Current Due Date: December 8, 2017

     Date Requested:     January 22, 2018 (45 days, 105 days from original)

Ordered that motion is:

     ☑ Granted

        If document is to be filed, document due: **January 22, 2018.**

        ☑     No further extensions of time will be granted absent extraordinary circumstances.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

Because appellant's new counsel was appointed on November 9, 2017, appellant's second extension is the first by new counsel and is **granted**, but counsel is warned that **no further extensions will be granted absent extraordinary circumstances**. *See* TEX. R. APP. P. 10.5(b)(1)(B), 38.6(d). Also, appellant's notice of appearance is construed as a motion for substitution of counsel and is **granted**. *See id.* 6.5(d). However, withdrawing counsel **Alexander L. Calhoun** is **ordered** to mail a copy of the notice and this order to the pro se appellant via certified and first-class mail and to file a certificate of service with this Court **within 10 days** of the date of this order. *See id.* 6.5(b), (d). The Clerk of this Court is directed to remove Alexander L. Calhoun as counsel and substitute Dal Ruggles as the lead counsel of record.

Judge's signature: /s/ Laura C. Higley

        ☑ Acting individually     ☐ Acting for the Court

Date: December 12, 2017

November 7, 2008 Revision